UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                           No. C 15-2116 SI (pr)

MICHELLE KESLER,                              **ORDER OF DISMISSAL**

        Plaintiff.

_____/

Plaintiff sent to the court a letter complaining about her medical care in prison. In an effort to protect her rights, a new action was opened and the letter was filed on May 11, 2015. Plaintiff was informed that she had not filed a complaint, and was given 28 days to do so or the action would be dismissed. She also was sent a notice that she had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

Plaintiff's letter concerns medical care at the California Institute for Women in Corona, California. The proper district in which to file a civil rights complaint about events at that prison is the Central District, rather than the Northern District, of California because the prison is located in the Central District. If plaintiff wishes to file a complaint, she should file that

1 complaint in the United States District Court for the *Central* District of California at 312 North
2 Spring Street, Room G-8, Los Angeles, CA 90012. A copy of the Central District's prisoner
3 complaint packet has been sent to plaintiff in a separate envelope.

    IT IS SO ORDERED.

Dated: June 30, 2015

                                                                       SUSAN ILLSTON
                                                                  United States District Judge