**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 15-2116 SI (pr) |
| MICHELLE KESLER, | **JUDGMENT** |
| Plaintiff. | |

This action is dismissed without prejudice for failure to file a pleading showing the court has subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 30, 2015

_____
SUSAN ILLSTON
United States District Judge